IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TAMMY HURLEY WALKER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Civil No.   14-cv-586-CJP |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| | ) |
| Defendant. | ) |

## ORDER for ATTORNEY'S FEES

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion for Attorney Fees.   **(Doc. 33).**

Plaintiff seeks attorney's fees in the amount of $2,125.00.   Defendant has no objection to the amount of the fee, but points out that plaintiff's counsel has not produced an assignment of fees.   See, **Doc. 34.**

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).   The Court further finds that the agreed upon amount is reasonable and appropriate.

Plaintiff's Motion **(Doc. 33)** is **GRANTED**.   The Court awards plaintiff Tammy Hurley Walker the sum of **$2,125.00** (two thousand, one hundred and twenty-five dollars) for attorney's fees and $0 for costs pursuant to the Equal Access to Justice Act.   These funds shall be payable to plaintiff and are subject to offset to satisfy any pre-existing debt that plaintiff may owe to the United States, per *Astrue*

*v. Ratliff*, 130 S.Ct. 2521 (2010).

**IT IS SO ORDERED.**

**DATE:   July 15, 2015.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**
